[No. 30220-2-III.   Division Three.   August 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JONA RENEE ZEIGLER, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 26, 2013. Substitute opinion filed. See 178 Wn. App. 1006.

[No. 30555-4-III.   Division Three.   August 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELY HERNANDEZ GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00846-6, David A. Elofson, J., entered January 10, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30680-1-III.   Division Three.   August 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01327-5, Robert Lawrence-Berrey, J., entered March 2, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 67343-2-I.   Division One.   August 19, 2013.]

JUSTIN LEONARD, *Appellant*, v. GRUBB & ELLIS EQUITY ADVISORS, PROPERTY MANAGEMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-26501-5, Susan J. Craighead, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Verellen, J.